THE STATE OF OHIO, APPELLANT, *v.* BEEMAN ET AL., APPELLEES.

[Cite as *State v. Beeman* (1995), 74 Ohio St.3d 49.]

(Nos. 94–1483 and 94–1484—Submitted October
10, 1995—Decided November 22, 1995.)

---

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, *Melody A. White* and *Karen L. Johnson,* Assistant Prosecuting Attorneys, for appellant.

*John P. Parker,* for appellee Sandra Beeman in case No. 94–1483.

*Mark J. Gardner,* for appellee Gary L. Beeman in case No. 94–1484.

---

The judgment of the court of appeals is affirmed for the reason that there is no final appealable order.

MOYER, C.J., DOUGLAS, WRIGHT, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

RESNICK, J., dissents and would reverse the judgment of the court of appeals.